IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CHAD ALEXANDER**                                                                               **PLAINTIFF**

V.                                                                     **NO. 3:22-CV-226-DMB-RP**

**DOMINOS PIZZA, et al.**                                                     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 18th day of November, 2022.

                                                             **/s/Debra M. Brown**
                                                             **UNITED STATES DISTRICT JUDGE**